UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JOSHUA JERMAINE KINCHEN

CRIMINAL ACTION

NO. 10-39-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 12, 2014 (doc. 174) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody is DENIED. Further, a certificate of appealability is DENIED for the reasons set forth by the Magistrate Judge.

Baton Rouge, Louisiana, this 3rd day of June, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA